USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMME GLANISE BOOTH,

Plaintiff,

-against-

U.S. BANK TRUST NATIONAL ASSOCIATION OF IGLOO SERIES V TRUST, GMAC, SN SERVICING CORPORATION,

Defendant.

No. 7:25-cv-10120 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On December 22, 2025, the Court granted Defendant U.S. Bank Trust National Association of Igloo Series V Trust, GMAC, SN Servicing Corporation's ("Defendant") letter motion seeking leave to file a motion to dismiss the operative complaint. (ECF No. 8.) Therein, the Court directed Defendant to file all motion papers, including *pro se* Plaintiff Tamme Glanise Booth's opposition papers, by March 24, 2026. (*Id.*) Five months have passed, however, and the Court has not received the motion papers, nor have any such papers been filed on the docket.

The parties are therefore directed to submit a joint status report advising the Court of the current status of this action. Defendant shall also explain why the motion papers were not filed by the Court-ordered deadline and advise the Court whether it still intends to pursue its anticipated motion to dismiss. If Defendant intends to proceed with the motion, the parties shall propose a revised briefing schedule. The joint status report shall be filed on or before August 19, 2026.

Dated: August 11, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge